# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Joshua Ferris | § | Case No. 14-35983 |
| Jane Ferris | § | |
| | § | |
| | § | |
| Debtors | § | |

## AMENDED
## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND
## DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Cindy M. Johnson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> 219 S. Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 04/01/2016 in Courtroom ,

> Second Floor
> Joliet City Hall Building
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2016                By: /s/ Cindy M. Johnson
                                           Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Joshua Ferris § Case No. 14-35983
Jane Ferris §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,946.00 |
| and approved disbursements of | $ | 110.00 |
| leaving a balance on hand of[1] | $ | 4,836.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Cindy M. Johnson | $ 1,236.50 | $ 0.00 | $ 1,236.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,236.50 |
| Remaining Balance | $ 3,599.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,906.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. | $ 1,643.42 | $ 0.00 | $ 458.33 |
| 2 | Capital One Bank (Usa), N.A. | $ 1,074.58 | $ 0.00 | $ 299.69 |
| 3 | American Express Centurion Bank | $ 3,429.12 | $ 0.00 | $ 956.34 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,171.80 | $ 0.00 | $ 326.80 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,755.46 | $ 0.00 | $ 489.58 |
| 6 | Synchrony Bank | $ 354.01 | $ 0.00 | $ 98.73 |
| 7 | Cavalry Spv I, Llc (Menards) | $ 1,311.27 | $ 0.00 | $ 365.70 |
| 8 | United Consumer Financial Services | $ 2,166.93 | $ 0.00 | $ 604.33 |

Total to be paid to timely general unsecured creditors           $           3,599.50

Remaining Balance           $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 14-35983-BWB
Joshua Ferris                                                       Chapter 7
Jane Ferris
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 1               Date Rcvd: Feb 29, 2016
                              Form ID: pdf006            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2016.
```
db/jdb        +Joshua Ferris,    Jane Ferris,    3401 Clason St.,    Plano, IL 60545-2077
22773447       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22478088      +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
22478089      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
22478090      +Bk Of Amer,    55 Challenger Rd.,    Ridgefield Park, NJ 07660-2102
22478087      +C David Ward,    1480 N Orchard Rd Ste 110,    Aurora, IL 60506-7940
22478091     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA  23285)
22478092      +Cap1/mnrds,    Po Box 5253,    Carol Stream, IL 60197-5253
22757353       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
22749751       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22478093      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
22478094      +Chase Auto,    Po Box 901003 Credit Bureau Disp,    Fort Worth, TX 76101-2003
22478086      +Ferris Jane,    3401 Clason St,    Plano, IL 60545-2077
22478085      +Ferris Joshua,    3401 Clason St,    Plano, IL 60545-2077
22478095      +Joe And Terri Ferris,    850 Wheatland Lane,    Aurora, IL 60504-5941
22478098      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
22478099      +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
22478100      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22941742      +E-mail/Text: bnc@bass-associates.com Mar 01 2016 02:45:18      Cavalry SPV I, LLC (Menards),
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,     Tucson, AZ 85712-1083
22478096      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2016 02:45:38      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22937789      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2016 02:37:44
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22478097      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 02:38:00      Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
22939963       E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 02:37:32      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
24117032      +E-mail/Text: bnc@bass-associates.com Mar 01 2016 02:45:18
                United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                Tucson, AZ 85712-1083
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
```
              C David Ward    on behalf of Debtor 1 Joshua  Ferris cdward1945@yahoo.com,    ladylaw1031@msn.com
              C David Ward    on behalf of Debtor 2 Jane  Ferris cdward1945@yahoo.com,    ladylaw1031@msn.com
              Cindy M. Johnson    cmjtrustee@jnlegal.net,    cjohnson@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```