UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Joshua Ferris | § | Case No. 14-35983 |
| Jane Ferris | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 6,478.00                             Assets Exempt: 23,243.36
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,599.50       Claims Discharged
                                                                          Without Payment: 40,548.09

Total Expenses of Administration: 1,346.50

3) Total gross receipts of $ 4,946.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,946.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 6,478.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,346.50 | 1,346.50 | 1,346.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,763.00 | 12,906.59 | 12,906.59 | 3,599.50 |
| **TOTAL DISBURSEMENTS** | $ 31,241.00 | $ 14,253.09 | $ 14,253.09 | $ 4,946.00 |

4) This case was originally filed under chapter 7 on 10/02/2014. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2016           By: /s/Cindy M. Johnson
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1124-000 | 4,946.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,946.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Po Box 901003 Credit Bureau Disp Fort Worth, TX 76101 | | 6,478.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 6,478.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,236.50 | 1,236.50 | 1,236.50 |
| Bank of Kansas City | 2600-000 | NA | 110.00 | 110.00 | 110.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,346.50 | $ 1,346.50 | $ 1,346.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.o. Box 981537 El Paso, TX  79998 | | 3,400.00 | NA | NA | 0.00 |
| | Bby/cbna 50 Northwest Point Road Elk Grove Village, IL 60007 | | 958.00 | NA | NA | 0.00 |
| | Bk Of Amer 55 Challenger Rd. Ridgefield Park, NJ 07660 | | 9,768.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 937.00 | NA | NA | 0.00 |
| | Cap1/mnrds Po Box 5253 Carol Stream, IL  60197 | | 1,130.00 | NA | NA | 0.00 |
| | Chase 800 Brooksedge Blvd. Westerville, OH  43081 | | 2,704.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | 1,455.00 | NA | NA | 0.00 |
| | Syncb/jcp Po Box 965007 Orlando, FL  32869 | | 270.00 | NA | NA | 0.00 |
| | Thd/cbna Po Box 6497 Sioux Falls, SD  57117 | | 1,575.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Consumer Finl S 865 Bassett Rd Westlake, OH 44145 | | 2,566.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 3476 Stateview Blvd. Ft. Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 3,429.12 | 3,429.12 | 956.34 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,074.58 | 1,074.58 | 299.69 |
| 1 | Capital One, N.A. | 7100-000 | NA | 1,643.42 | 1,643.42 | 458.33 |
| 7 | Cavalry Spv I, Llc (Menards) | 7100-000 | NA | 1,311.27 | 1,311.27 | 365.70 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,171.80 | 1,171.80 | 326.80 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,755.46 | 1,755.46 | 489.58 |
| 6 | Synchrony Bank | 7100-000 | NA | 354.01 | 354.01 | 98.73 |
| 8 | United Consumer Financial Services | 7100-000 | NA | 2,166.93 | 2,166.93 | 604.33 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,763.00 | $ 12,906.59 | $ 12,906.59 | $ 3,599.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-35983 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Ferris | | | | Date Filed (f) or Converted (c): | 10/02/2014 (f) |
| | Jane Ferris | | | | 341(a) Meeting Date: | 10/30/2014 |
| For Period Ending: | 06/08/2016 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand. | 20.00 | 0.00 | | 0.00 | FA |
| 2. 360 Savings Account. | 312.26 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Checking Account. | 1,557.82 | 0.00 | | 0.00 | FA |
| 4. Household Goods And Furnishings. | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance Policy Through Employer. No Cash Value. | 0.00 | 0.00 | | 0.00 | FA |
| 7. Rush Copley Medical Center Employee's Savings Plan. | 10,006.28 | 0.00 | | 0.00 | FA |
| 8. 2008 Dodge Nitro | 9,700.00 | 0.00 | | 0.00 | FA |
| 9. 2009 Dodge Charger | 7,125.00 | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refund (u) | 0.00 | 0.00 | | 4,946.00 | FA |
| INT. Void (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $29,721.36 | $0.00 | | $4,946.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/11/16 Received tax refund. Trustee is reviewing claims.

Initial Projected Date of Final Report (TFR): 11/19/2016     Current Projected Date of Final Report (TFR): 11/19/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-35983 | | Trustee Name: | Cindy M. Johnson |
| Case Name: | Joshua Ferris | | Bank Name: | Bank of Kansas City |
| | Jane Ferris | | Account Number/CD#: | XXXXXX0011 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6448 | | Blanket Bond (per case limit): | $55,728,000.00 |
| For Period Ending: | 06/08/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/15 | 10 | United States Treasury Kansas City, MO | 2014 Tax Refund | 1124-000 | $4,946.00 | | $4,946.00 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,936.00 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,926.00 |
| 05/15/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond | 2300-000 | | $1.18 | $4,924.82 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,914.82 |
| 06/04/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond Reversal Trustee previously paid bond premium out of pocket. | 2300-000 | | ($1.18) | $4,916.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,906.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,896.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,886.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,876.00 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,866.00 |

Page Subtotals: $4,946.00   $80.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-35983 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Joshua Ferris | Bank Name: | Bank of Kansas City | |
| | Jane Ferris | Account Number/CD#: | XXXXXX0011 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6448 | Blanket Bond (per case limit): | $55,728,000.00 | |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,856.00 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,846.00 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,836.00 |
| 02/18/16 | 102 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($2.80) | $4,838.80 |
| 02/18/16 | 102 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $2.80 | $4,836.00 |
| 04/01/16 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,236.50 | $3,599.50 |
| 04/01/16 | 104 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 27.89 % per court order. | 7100-000 | | $458.33 | $3,141.17 |
| 04/01/16 | 105 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 27.89 % per court order. | 7100-000 | | $299.69 | $2,841.48 |
| 04/01/16 | 106 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 27.89 % per court order. | 7100-000 | | $956.34 | $1,885.14 |
| 04/01/16 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $816.38 | $1,068.76 |

| | | | Page Subtotals: | | $0.00 | $3,797.24 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-35983 | Trustee Name: | Cindy M. Johnson |
| Case Name: | Joshua Ferris | Bank Name: | Bank of Kansas City |
| | Jane Ferris | Account Number/CD#: | XXXXXX0011 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6448 | Blanket Bond (per case limit): | $55,728,000.00 |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 27.89 % per court order. | ($326.80) 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 5 representing a payment of 27.89 % per court order. | ($489.58) 7100-000 | | | |
| 04/01/16 | 108 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 27.89 % per court order. | 7100-000 | | $98.73 | $970.03 |
| 04/01/16 | 109 | Cavalry Spv I, Llc (Menards)<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution to claim 7 representing a payment of 27.89 % per court order. | 7100-000 | | $365.70 | $604.33 |
| 04/01/16 | 110 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, Az 85712 | Final distribution to claim 8 representing a payment of 27.89 % per court order. | 7100-000 | | $604.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,946.00 | $4,946.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,946.00 | $4,946.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,946.00 | $4,946.00 |

Page Subtotals: $0.00 $1,068.76

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0011 - Checking | $4,946.00 | $4,946.00 | $0.00 |
| | $4,946.00 | $4,946.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,946.00 |
| Total Gross Receipts: | $4,946.00 |